UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Andrew Quinn, | Case No. 20-cv-1774 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Department of Justice Civil Rights Div., Justice Department Office of Civil Rights and Regions Hospital, | |
| Defendants. | |

---

This matter is before the Court on the September 11, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 6.) Because there were no timely objections to the R&R, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review, the Court finds no clear error.

### ORDER

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The September 11, 2020 R&R, (Dkt. 6), is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3. The application to proceed *in forma pauperis* of Plaintiff Andrew Quinn, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

Dated: December 21, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge